IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| UNITED STATES | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| IRVING ALVIN | : | No. 10-65-1 |
| | : | |

**ORDER**

**AND NOW**, this **1st** day of **July**, **2014**, upon consideration of Irving Alvin's Motion for Speedy Trial and to Bar Retrial (Document No. 168), the Government's Motion for Designation of New Trial Date (Document No. 158), the oral argument held on June 16, 2014, supplemental briefing by both parties, and for the reasons provided in the Court's Memorandum dated July 1, 2014, it is hereby **ORDERED** that:

1. Irving Alvin's Motion for Speedy Trial and to Bar Retrial (Document No. 168) is **GRANTED.**

2. The Government's Motion for Designation of New Trial Date (Document No. 158) is **DENIED.**

3. The Superseding Indictment against Irving Alvin (Document No. 27) is **DISMISSED with prejudice.**

BY THE COURT:

/s/ Berle M. Schiller

**Berle M. Schiller, J.**